# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Clare Ward-Living**
        Plaintiff(s)
  vs.                                  **CASE NUMBER: 3:22-cv-505 (ML)**

**Kilolo Kijakazi**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED as follows: 1) Plaintiffs motion for judgment on the pleadings (Dkt. No. 10) is GRANTED. 2) Defendants motion for judgment on the pleadings (Dkt. No. 12) is DENIED. 3) The Commissioners decision denying Plaintiff Social Security benefits is REVERSED. 4) This matter is REMANDED to the Commissioner, without a directed finding of disability, for further administrative proceedings consistent with this opinion and the oral bench decision, pursuant to sentence four of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable Miroslav Lovric, dated the 12th day of June, 2023.

DATED: June 12, 2023

*[signature]*
Clerk of Court

                                      s/Kathy Rogers
                                      Deputy Clerk